**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> SO. CAL. EQUAL ACCESS GROUP <br> Jason J. Kim (SBN:190246) <br> 101 S. Western Ave., Second Floor <br> Los Angeles, CA 90004 <br> TELEPHONE NO.: (213) 252-8008   FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Plaintiff: JARDINE GOUGIS | **FOR COURT USE ONLY** |
|---|---|
| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA <br> STREET ADDRESS: 350 W. 1st. STREET <br> MAILING ADDRESS: 350 W. 1st. STREET <br> CITY AND ZIP CODE: LOS ANGELES, CA 90012 <br> BRANCH NAME: FIRST STREET COURTHOUSE | |
| PLAINTIFF/PETITIONER: JARDINE GOUGIS <br> DEFENDANT/RESPONDENT: 2523 CANADA, LLC | CASE NUMBER: <br> 2:23-cv-03595-FLA (JPRx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents)*: See Attached.
3. a. Party served *(specify name of party as shown on documents served)*:
      2523 CANADA, LLC
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      DONNA BRODER, AS AGENT FOR SERVICE OF PROCESS       Fed. R. Civ. P. 4(c)(2)
4. Address where the party was served:
   280 S. BEVERLY DR., STE 408, BEVERLY HILLS, CA 90212       "Service in compliance with federal rules of civil procedures".
5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*: 6/8/2023       (2) at *(time)*: 11:25AM
   b. [ ] **by substituted service.** on *(date)*:       at *(time)*:       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:       from *(city)*: Los Angeles       or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

POS-010

| PLAINTIFF/PETITIONER: JARDINE GOUGIS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: 2523 CANADA, LLC | 2:23-cv-03595-FLA (JPRx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on (date):    (2) from (city):

    (3) ☐ with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** (specify means of service and authorizing code section):

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant.
   d. ☐ On behalf of (specify):
   under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
       ☐ other:

7. **Person who served papers**
   a. Name: TURNER'S ATTORNEY SERVICE
   b. Address: 6230 Wilshire Blvd., Suite 164, Los Angeles, CA 90048
   c. Telephone number: (213) 268-0650
   d. **The fee** for service was: $ 70.00
   e. I am:
       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☒ a registered California process server:
           ☒ owner  ☐ employee  ☐ independent contractor.
           (ii) Registration No.: 6701
           (iii) County: LOS ANGELES

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 6/8/2023

TRACEY TURNER
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶    (SIGNATURE)

**JARDINE GOUGIS v. 2523 CANADA, LLC**     CASE NO. 5:23-cv-03595-FLA (JPRx)

Summons; Complaint; Civil Case Cover Sheet; Certificate and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice of Parties of Court-Directed ADR Program; Notice to Parties: ADA Disability Access Litigation; ADA Disability Access Litigation; Application for Stay and Early Mediation; ADA Disability Access Litigation: (Proposed) Order Granting Application for Stay and Early Mediation.